# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY CHRISTOPHER STUBBS, III** : | **CIVIL ACTION NO. 1:10-CV-1849** |
| : | |
| **Petitioner** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **MICHAEL CURLEY, ATTORNEY** : | |
| **GENERAL OF THE STATE OF** : | |
| **PENNSYLVANIA,** : | |
| : | |
| **Respondents** : | |

## **ORDER**

AND NOW, this 28th day of September, 2011, upon consideration of the petitioner's motion to stay (Doc. 27), and it appearing that the motion was previously presented to the Court and granted with respect to petitioner's request to supplement his traverse by adding exhibits 29-32, but denied in all other respects (Doc. 25), it is hereby ORDERED that the motion (Doc. 27) is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge